IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOMAKO, | 1:05-cv-01396-LJO-NEW(DLB) PC |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT, BUT GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| S. WHITLACH, et al., | |
| Defendants. | (DOCUMENT #16) |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2007, the court issued a Findings and Recommendations recommending dismissal of this action, with prejudice, for failure to state a claim upon which relief may be granted. On July 16, 2007, plaintiff filed a motion seeking an extension of time to file an amended complaint in compliance with the court's order.

Plaintiff has not been ordered to file a third amended complaint. Plaintiff has had two opportunities to amend. (Docs. 9, 11, 13, 14.) At this stage in the proceedings, a Findings and Recommendations has been issued and plaintiff may file an Objection.

///

///

///

1 | Therefore, plaintiff's motion for an extension of time to file a third amended complaint is
2 | DENIED, but plaintiff is GRANTED a **thirty (30) day** extension of time to file an Objection to
3 | the Findings and Recommendations.

5 | IT IS SO ORDERED.
6 | Dated:   **August 21, 2007**                       /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE