IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOMAKO, | 1:05-cv-01396-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| S. WHITLACH, | (DOCUMENT #19) |
| Defendant. | THIRTY DAY DEADLINE |

On September 13, 2007, plaintiff filed a second motion for an extension of time to file an objection to the findings and recommendations filed on June 20, 2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an objection to the findings and recommendations.

IT IS SO ORDERED.

Dated:   **October 5, 2007**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE