UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOMAKO, | 1:05-cv-01396-LJO-GSA-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15) |
| vs. | **ORDER DISMISSING ACTION** |
| S. WHITLACH, et al., | |
| Defendants. | |

Plaintiff Justin Lomako ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 20, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On July 16, 2007 and September 13, 2007, respectively, plaintiff filed a motion to extend time.  On August 23, 2007 and October 5, 2007, respectively, the court granted plaintiff an additional

1

thirty (30) days within which to respond.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 20, 2007, are ADOPTED IN FULL; and,

2. This action is DISMISSED, with prejudice, for plaintiff's failure to state any claims upon which relief may be granted.

IT IS SO ORDERED.

**Dated:    January 4, 2008**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE